IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

Vs.                  CASE NO. 4:11cr00186-01 JMM

MARKETUS LADARRAL LOWE

## ORDER

Following Defendant's change of plea on January 17, 2012, the Court proceeded with sentencing. In addition to the term of imprisonment of twenty-four (24) months, the Court imposed one (1) year supervised release. Pursuant to 18 U.S.C. §3624(c)(e) the term of supervised release shall run concurrently to any other offense in which a period of supervised release has been imposed. Defendant is currently serving a term of imprisonment imposed in 4:06cr00299-01 BRW, which included a term of supervised release of three (3) years. In the interest of judicial economy, the one year supervised release imposed in the above case is hereby withdrawn.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED this 18th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE